IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge James P. O'Hara**

| | |
|---|---|
| Civil Action No: 1:21-cv-02085-CMA-JPO | Date: February 16, 2024 |
| Courtroom Deputy: Tram Vo | FTR: Courtroom A201 |

*Parties:* | *Counsel:*
---|---
VYANET OPERATING GROUP, INC., AN OREGON CORPORATION, | Jared Richard Ellis
 | Joshua Michael Raaz
 | Ryan L. Winter
Plaintiff, |
v. |
FREDERICK J. MAURICE AND CHRISTOPHER A. HEATH, | Judith S. Araujo
 | Perry L. Glantz
Defendants. |

### COURTROOM MINUTES

**FINAL PRETRIAL CONFERENCE**

**9:00 a.m.**     **Court in session.**

Court calls case. Appearances of counsel.

The proposed Final Pretrial Order is reviewed.

It is **ORDERED**: The proposed FINAL PRETRIAL ORDER, which was submitted to the court, is approved as modified by the Court and made an Order of the Court.

**TRIAL**: Judge Arguello will unilaterally set the trial on a Court Term Week within 120 days from the Final Pretrial Conference (trial dates can be found on the Term Week Calendar).

**Final Pretrial Order entered.**

**9:11 a.m.**     **Court in recess.**

Hearing concluded.
Total in-court time: 11 minutes

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.