IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:21-cv-02085-CMA-JPO

VYANET OPERATING GROUP, INC., AN OREGON CORPORATION,

Plaintiff,

v.

FREDERICK J. MAURICE AND CHRISTOPHER A. HEATH,

Defendant.

## NOTICE OF MEDIATION

Pursuant to Section 10 of the Final Pretrial Order (Dkt. 134), Plaintiff VYANET OPERATING GROUP, INC. (hereinafter "Vyanet"), by and through its attorneys, *HALL & EVANS, LLC*, hereby respectfully notifies the Court that the parties in this matter have conferred and have agreed to mediate this case remotely via Zoom on March 25, 2024 at 8:30 a.m. with Judge McGahey of JAMS.

**DATED:** March 1, 2024

Respectfully submitted,

Hall & EVANS, LLC

*s/ Joshua M. Raaz, Esq.*
Ryan L. Winter
Jared R. Ellis
Joshua Raaz
1001 17th Street, Suite 300
Denver, Colorado 80202
Telephone: (303) 628-3300
E-mail(s):   winterr@hallevans.com;
                    ellisj@hallevans.com
                    raazj@hallevans.com

***ATTORNEYS FOR PLAINTIFF
VYANET OPERATING GROUP, INC.***

## **CERTIFICATE OF SERVICE**

   I hereby certify that on this 1st day of March, 2024, I electronically filed the foregoing **NOTICE OF MEDIATION** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Perry L. Glantz
Judith S. Araujo
STINSON LLP
1144 Fifteenth Street, Suite 2400
Denver, CO 80202

               *s/ Amber Tamborello*
               Amber Tamborello, Paralegal